# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO: 8:94-cr-201-T-26TBM

JAMES BOLDEN
#18346-018
_____/

# <u>O R D E R</u>

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that Defendant's Motion for Sentence Reduction (Dkt. 365) is denied for the same reasons the Court denied Defendant's previous motion for a sentencing reduction based on Amendment 750 to the United States Sentencing Guidelines in an order entered April 3, 2012, at docket 364, an order which the Court notes the Defendant never appealed to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Tampa, Florida, on October 22, 2013.


__s/*Richard A. Lazzara*_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record
Defendant